IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02487-REB-MEH

AUTOMATED LENDING, INC., a Colorado corporation,

Plaintiff,

v.

KAREN RANSOM, an individual and
d/b/a Oxford Properties and/or
Oxford Estate Properties, LLC,

Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 23, 2006.**

The parties' Joint Motion to Stay Pending Completion of Settlement Terms [Filed February 22, 2006; Docket #15] is **granted**. This case is hereby **stayed** for purposes of completion of specified terms of the Settlement Agreement entered into by the parties on February 22, 2006. Upon completion of payment under the Settlement Agreement, the parties shall promptly move to dismiss this case with prejudice. If payments are not made in accordance with the Settlement Agreement, the Plaintiff shall file a Confession of Judgment.

Based upon the settlement of this case, the scheduling/planning conference set in this matter for March 28, 2006, at 9:00 a.m., is hereby **vacated.**