**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-02487-REB-OES

AUTOMATED LENDING, INC., a Colorado corporation

    Plaintiff,

v.

KAREN RANSOM, an individual and d/b/a Oxford Properties and/or Oxford Estate Properties, LLC,

    Defendant.

_____

## ORDER
_____

    THIS MATTER, having come before the Court on the Confession of Judgment filed by Plaintiff Automated Lending, Inc. and in favor of Automated Lending, Inc., on all aspects of liability, and the Court being fully advised in the premises,

    ORDERS that the amount of damages due to Automated Lending, Inc. shall be determined at a later date in a manner deemed just by the Court. Ransom and Automated Lending, Inc. will submit briefing on the subject of damages within 15 days of the Court entering this Confession of Judgment, and evidentiary materials if necessary.

Dated this 16th day of May, 2006.

                                                   BY THE COURT:

                                                   s/ Robert E. Blackburn
                                                   United States District Court