**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  05-cv-02487-REB-MEH

AUTOMATED LENDING, INC., a Colorado corporation,

    Plaintiff,

v.

KAREN RANSOM, an individual d/b/a Oxford Properties and/or Oxford Estate Properties, LLC,

    Defendant.

**ORDER ADOPTING RECOMMENDATION OF
UNITED STATE MAGISTRATE JUDGE**

**Blackburn, J.**

The matter before me is the magistrate judge's **Recommendation on Plaintiff's Damages** [#38], filed November 1, 2006.  I overrule defendant's objections, approve and adopt the recommendation, and award plaintiff damages as set forth herein.

As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which cognizable objections have been filed, and have considered carefully the recommendation, objections, and applicable case law.  In addition, because defendant is proceeding *pro se*, I have construed her pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers.  *See Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).  The recommendation is detailed and well-reasoned.  Defendant's objections are imponderous and without merit.  Therefore, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the

magistrate judge should be approved and adopted.[1]

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation on Plaintiff's Damages** [#38], filed November 1, 2006, is **APPROVED AND ADOPTED** as an order of this court;

2. That plaintiff's **Objections to Recommendation on Plaintiff's Damages** [#39], filed November 13, 2006, are **OVERRULED** and **DENIED**;

3. That judgment **SHALL ENTER** on behalf of plaintiff, Automated Lending, Inc., and against defendant, Karen Ransom, an individual and d/b/a Oxford Properties and/or Oxford Estate Properties, LLC;

4. That plaintiff is **AWARDED** damages in the amount of $300,398.19;

5. That plaintiff is **AWARDED** post-judgment interest from the date of this order until the judgment is fully paid, pursuant to 28 U.S.C. § 1961; and

6. That plaintiff is **AWARDED** its costs, to be taxed by the Clerk of the Court pursuant to Fed.R.Civ.P. 54(d)(1) and D.C.Colo.LCivR. 54.1.

Dated November 30, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**

---

[1] The total amount of damages awarded accounts for the contractual and consequential damages found by the magistrate judge – $296,162.74 – plus interest of $4,235.45, calculated at the rate of $146.05 per day, for the 29-day period between the date of the magistrate judge's recommendation and the date of this order.