# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 05-cv-02487-REB-MEH

AUTOMATED LENDING, INC., a Colorado corporation,

    Plaintiffs,

v.

KAREN RANSOM, an individual and d/b/a Oxford Properties and/or Oxford Estate Properties, LLC,

    Defendant.

## MINUTE ORDER[1]

    The matter before the court is **Plaintiff Automated Lending, Inc.'s Motion to Tax Costs** [#43], filed December 14, 2006.  Said motion is DENIED.  The costs shall be taxed by the Clerk of the Court pursuant to Fed.R.Civ.P. 54(d)(1).

Dated:  December 19, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.